# United States Bankruptcy Court
## Northern District of Florida

| | | |
|---|---|---|
| In re   Southeastern Enterprises, Inc. dba JRW Services | Case No. | 21-30637 |
| Debtor(s) | Chapter | 7 |

## AMENDMENT COVER SHEET

Amendment(s) to the following petition, list(s), schedule(s) or statement(s) are transmitted herewith:
**Statement of Financail Affairs, Question 4**

## NOTICE OF AMENDMENT(S) TO AFFECTED PARTIES

Pursuant to Federal Rule of Bankruptcy Procedure 1009(a), I certify that notice of the filing of the amendment(s) listed above has been given this date to any and all entities affected by the amendment as follows:**See attached Exhibit A, kist of creditors**

Date:  **October 12, 2021**        /s/ **William Von Hoene**
                                                                          **William Von Hoene**
                                                                          Attorney for Debtor(s)
                                                                          **Von Hoene Law Firm**
                                                                          **250 Lynn Drive**
                                                                          **Santa Rosa Beach, FL 32459**
                                                                          **(850) 622-4038 Fax:(850) 252-4600**
                                                                          **william@vonhoenelawfirm.com**

# United States Bankruptcy Court
## Northern District of Florida

In re  __Southeastern Enterprises, Inc. dba JRW Services__        Case No. __21-30637__
                                    Debtor(s)                      Chapter __7__

# AMENDED
# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

   I, the CEO of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing Statement of Financial Affairs, Question 4, consisting of __9__ page(s), and that they are true and correct to the best of my knowledge, information, and belief.

Date __October 12, 2021__          Signature  __/s/ Joseph Robert Wilson__
                                              __Joseph Robert Wilson__
                                              __CEO__

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

*AMENDED QUESTION 4 ONLY*

**Fill in this information to identify the case:**

Debtor name: Southeastern Enterprises, Inc. dba JRW Services

United States Bankruptcy Court for the: NORTHERN DISTRICT OF FLORIDA

Case number (if known): 21-30637

☐ Check if this is an amended filing

# Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy           04/19

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

### Part 1: Income

1. **Gross revenue from business**

   ☐ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
   |---|---|---|
   | From the beginning of the fiscal year to filing date:<br>From **1/01/2021** to **Filing Date** | ☑ Operating a business<br>☐ Other _____ | $936,005.00 |
   | For prior year:<br>From **1/01/2020** to **12/31/2020** | ☑ Operating a business<br>☐ Other _____ | $4,213,113.00 |
   | For year before that:<br>From **1/01/2019** to **12/31/2019** | ☑ Operating a business<br>☐ Other _____ | $3,478,157.00 |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ☑ None.

   | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
   |---|---|

### Part 2: List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

   | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
   |---|---|---|---|

Debtor **Southeastern Enterprises, Inc. dba JRW Services**  Case number (if known) **21-30637**

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|---|
| 3.1. | Smart ERP<br>3875 Hopyard Road   Suite # 180<br>Pleasanton, CA 94588 | 8/18/21<br>11792<br>8/2/21<br>23088<br>6/28/21<br>23088 | $57,968.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.2. | Charles E. Votaw<br>11565 Marshall Court<br>Broomfield, CO 80020 | 8/23/21<br>7290<br>8/11/21<br>5760<br>7/29/21<br>6840<br>7/16/21 6210<br>7/2/21  6120 | $19,890.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.3. | Jared Gardner, Esq<br>Gardner Skelton PLLC<br>505 East Blvd<br>Charlotte, NC 28203 | 8/15/2021 -<br>$3766.44<br>9/13/2021 -<br>$18193.60 | $21,960.04 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ☐ None.

| | Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1. | Joseph Wilson<br>124 Royal Fern Way<br>Santa Rosa Beach, FL 32459<br>Owner | October 1, 2020 through October 1, 2021 | $257,398.30 | Gross operating expenses, payroll, loan repayment, SEP contribution. |
| 4.2. | Tracey Rando<br>124 Royal Fern Way<br>Santa Rosa Beach, FL 32459<br>Spouse | October 1, 2020 through October 1, 2021 | $82,100.00 | Payroll, SEP and HSA payments. |
| 4.3. | Tiffinee McClave<br>9009 Darcy Hopkins Drive<br>Charlotte, NC 28277<br>sister-in-law,   part-time employee | October 1, 2020 through October 1, 2021 | $20,078.15 | Payroll and SEP contribution |
| 4.4. | Majestic Services LLC<br>8179 Lt. Williaim Clark Road<br>Parker, CO 80134<br>Cousin of debtor is a member of Majestic LLC | Oct 1, 2020 through Oct 1, 2021 | $10,777.00 ~~XXXX~~ | Vendor fee  AMENDED (ADDED) |

✓ (handwritten checkmark next to 4.4)

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

| Debtor | Southeastern Enterprises, Inc. dba JRW Services | Case number (if known) 21-30637 |
|---|---|---|

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

### 6. Setoffs

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

## Part 3:  Legal Actions or Assignments

### 7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | Tabner, Inc. vs Southeastern Enterprises,Inc and JRW Services, Inc.<br>21-cvs-7108 | Contract | North Carolaina, General Court, Superior<br>832 East Fourth St<br>Charlotte, NC 28202 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. | Southeastern Enterprises Inc vs Iptisha Raote<br>21-cvs-7014 | Contract | North Carolina General Superior Ct Div<br>832 East Fourth St<br>Charlotte, NC 28202 | ■ Pending<br>☐ On appeal<br>☐ Concluded |

### 8. Assignments and receivership

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

## Part 4:  Certain Gifts and Charitable Contributions

### 9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

## Part 5:  Certain Losses

### 10. All losses from fire, theft, or other casualty within 1 year before filing this case.

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br>List unpaid claims on Official Form 106A/B (Schedule A/B: Assets – Real and Personal Property). | Dates of loss | Value of property lost |
|---|---|---|---|

| Debtor | Southeastern Enterprises, Inc. dba JRW Services | Case number (if known) | 21-30637 |
|---|---|---|---|

## Part 6: Certain Payments or Transfers

**11. Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | Von Hoene Law Firm<br>250 Lynn Drive<br>Santa Rosa Beach, FL 32459 | Attorney Fees | September 29, 2021 | $15,000.00 |

Email or website address
william@vonhoenelawfirm.com

Who made the payment, if not debtor?

**12. Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

## Part 7: Previous Locations

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

## Part 8: Health Care Bankruptcies

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Debtor | Southeastern Enterprises, Inc. dba JRW Services | Case number (if known) | 21-30637 |
|---|---|---|---|

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

## Part 9: Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

- ■ No.
- ☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

- ☐ No. Go to Part 10.
- ■ Yes. Does the debtor serve as plan administrator?

  - ■ No Go to Part 10.
  - ☐ Yes. Fill in below:

## Part 10: Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|
| Ballantyne Storage<br>5527 Balllantyne Commons Pkwy<br>Charlotte, NC 28277 | Joseph Wilson<br>124 Royal Fern Way<br>Santa Rosa Beach, FL 32459 | Old paper work and personal items<br>Closed in May 2021 | ■ No<br>☐ Yes |

## Part 11: Property the Debtor Holds or Controls That the Debtor Does Not Own

Debtor  **Southeastern Enterprises, Inc. dba JRW Services**  Case number *(if known)* **21-30637**

### 21. Property held for another
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

## Part 12: Details About Environment Information

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

Report all notices, releases, and proceedings known, regardless of when they occurred.

### 22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

### 23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

### 24. Has the debtor notified any governmental unit of any release of hazardous material?

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

## Part 13: Details About the Debtor's Business or Connections to Any Business

### 25. Other businesses in which the debtor has or has had an interest
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. |
|---|---|---|
| | | Dates business existed |

### 26. Books, records, and financial statements
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | | | Date of service From-To |
|---|---|---|---|

| Debtor | Southeastern Enterprises, Inc. dba JRW Services | Case number (if known) 21-30637 |
|---|---|---|

| Name and address | | Date of service From-To |
|---|---|---|
| 26a.1. | Joseph Wilson<br>124 Royal Fern Way<br>Santa Rosa Beach, FL 32459 | 1995 to present |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | | If any books of account and records are unavailable, explain why |
|---|---|---|
| 26c.1. | Joseph Wilson<br>124 Royal Fern Way<br>Santa Rosa Beach, FL 32459 | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

**Name and address**

26d.1.   Jared Gardner, Esq
         Gardner Skelton PLLC
         505 East Blvd
         Charlotte, NC 28203

### 27. Inventories
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Joseph Wilson | 124 Royal Fern Way<br>Santa Rosa Beach, FL 32459 | Owner and Managing Menber of 100% of entity | 100% |

29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☐ No
■ Yes. Identify below.

Debtor **Southeastern Enterprises, Inc. dba JRW Services**         Case number *(if known)* 21-30637

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Tracey Rando | 124 Royal Fern Way<br>Santa Rosa Beach, FL 32459 | Vice President of Operations | February 2001 to May 2021 |

### 30. Payments, distributions, or withdrawals credited or given to insiders
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1 | Tracey Rando<br>124 Royal Fern Way<br>Santa Rosa Beach, FL 32459 | Salary  $60,000<br>SEP   $15,000<br>HSA   $7100 | Oct 4, 2020 to Oct 4, 2021 | Salary, SEP and HSA |
| | Relationship to debtor<br>**Spouse** | | | |
| 30.2 | Tiffinee McClave<br>9009 Darcy Hopkins Drive<br>Charlotte, NC 28277 | Payroll   $16,062.50<br>SEP    $4015.65 | October 4, 2020 to October 4, 2021 | bookeeping, record keeping and SEP |
| | Relationship to debtor<br>**sister-in law** | | | |
| 30.3 | Joseph Wilson<br>124 Royal Fern Way<br>Santa Rosa Beach, FL 32459 | Salary $52,500.00<br>SEP   $9625.00<br>Loan Repayment $74,684.09 | Oct 4, 2020 to Oct 4, 2021 | Salary, SEP, and Loan repayment |
| | Relationship to debtor<br>**CEO** | | | |

### 31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

### 32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?

☐ No
■ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
|---|---|
| Fidelity Simplified Employees Pension fund. (SEP) | EIN:    04-3523567 |

## Part 14: Signature and Declaration

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true

| | |
|---|---|
| Debtor   **Southeastern Enterprises, Inc. dba JRW Services** | Case number *(if known)*   **21-30637** |

and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **October 12, 2021**

**/s/ Joseph Robert Wilson**  **Joseph Robert Wilson**
Signature of individual signing on behalf of the debtor   Printed name

Position or relationship to debtor   **CEO**

**Are additional pages to** *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* **(Official Form 207) attached?**
■ No
☐ Yes